# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| Mark Foust, II, | ) | CASE NO.: 5:17CV2350 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN ADAMS |
| | ) | |
| v. | ) | |
| | ) | |
| City of Twinsburg, et al., | ) | **ORDER OF DISMISSAL** |
| | ) | |
| | ) | |
| Defendants. | ) | |

The parties jointly contacted the Court via telephone and indicated that this matter had been settled. Therefore, the docket will be marked "settled and dismissed, without prejudice." The parties may submit within thirty (30) days a proposed entry setting forth different terms and conditions relative to the settlement and dismissal of this case including dismissing the case with prejudice, which, if approved, shall supplement this order. This Court will retain jurisdiction over the settlement. The continued case management conference scheduled for February 27, 2018 is hereby cancelled.

IT IS SO ORDERED.


DATED: February 27, 2018          _____/s/ Judge John R. Adams_____
                                  JUDGE JOHN R. ADAMS
                                  UNITED STATES DISTRICT COURT