**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| MARK FOUST II, | ) Case No.: 5:17-CV-02350 |
| Plaintiff, | ) JUDGE JOHN R. ADAMS |
| vs. | ) |
| CITY OF TWINSBURG, et al., | ) **DISMISSAL ENTRY** |
| Defendants. | ) |

We, the undersigned attorneys for the respective parties herein, do hereby stipulate that the above-captioned case is to be marked "Settled and dismissed with prejudice, each party to bear its own costs," and that the Court may enter an order accordingly, notice by the Clerk being hereby waived.

IT IS SO ORDERED.

_____              _____
Judge                                                                        Date


/s/ Sara Gedeon                                   */s/ James M. Popson*
Sara Gedeon                                       James M. Popson (0072773)
8437 Mayfield Road, Suite 101         SUTTER O'CONNELL
Chesterland, OH  44026                  1301 E. 9th Street
(440) 729-8260                                   3600 Erieview Tower
Sgedeon1021@gmail.com              Cleveland, OH  44114
Attorney for Plaintiff                           (216) 928-2200
                                                              jpopson@sutter-law.com
                                                              *Attorney for Defendants*